IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**   Grant, Roberta D | Case Number:  05 B 21238 |
| | Judge:  Wedoff, Eugene R |
| Printed:  9/23/08 | Filed:  5/26/05 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Completed: September 4, 2008
Confirmed: August 4, 2005

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---:|---:|
| | 16,673.55 | |
| Secured: | | 9,790.31 |
| Unsecured: | | 3,567.03 |
| Priority: | | 0.00 |
| Administrative: | | 2,194.00 |
| Trustee Fee: | | 864.66 |
| Other Funds: | | 257.55 |
| Totals: | 16,673.55 | 16,673.55 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Lorraine Greenberg & Assoc LLC | Administrative | 2,194.00 | 2,194.00 |
| 2. | RoundUp Funding LLC | Secured | 9,790.31 | 9,790.31 |
| 3. | Trinity Hospital | Unsecured | 67.99 | 74.62 |
| 4. | City Of Chicago Dept Of Revenue | Unsecured | 388.00 | 426.04 |
| 5. | Advance America | Unsecured | 58.70 | 64.46 |
| 6. | Pay Day Loans | Unsecured | 82.07 | 90.09 |
| 7. | RoundUp Funding LLC | Unsecured | 349.37 | 383.62 |
| 8. | Municipal Collection Services | Unsecured | 25.00 | 27.44 |
| 9. | Commonwealth Edison | Unsecured | 116.87 | 128.29 |
| 10. | Verizon Wireless | Unsecured | 99.51 | 109.24 |
| 11. | SBC | Unsecured | 101.96 | 111.91 |
| 12. | Consumer Portfolio Services | Unsecured | 1,815.39 | 1,993.40 |
| 13. | Asset Acceptance | Unsecured | 143.83 | 157.92 |
| 14. | American Investment Bank | Unsecured | | No Claim Filed |
| 15. | American Loan | Unsecured | | No Claim Filed |
| 16. | AT&T | Unsecured | | No Claim Filed |
| 17. | AmeriCash Loans, LLC | Unsecured | | No Claim Filed |
| 18. | Durans Body Shop | Unsecured | | No Claim Filed |
| 19. | Credit Protection Association | Unsecured | | No Claim Filed |
| 20. | Chicago Tribune | Unsecured | | No Claim Filed |
| 21. | Harris & Harris | Unsecured | | No Claim Filed |
| 22. | Foundation For Emergency Svc | Unsecured | | No Claim Filed |
| 23. | Foundation For Emergency Svc | Unsecured | | No Claim Filed |
| 24. | Illinois Collection Service | Unsecured | | No Claim Filed |
| 25. | M. L. Medical Billing Co | Unsecured | | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: Grant, Roberta D | Case Number: 05 B 21238 |
|---|---|
|  | Judge: Wedoff, Eugene R |
| Printed: 9/23/08 | Filed: 5/26/05 |

| | | | |
|---|---|---|---|
| 26. | LaSalle Bank NA | Unsecured | No Claim Filed |
| 27. | Management Services | Unsecured | No Claim Filed |
| 28. | SBC | Unsecured | No Claim Filed |
| 29. | NCO Financial Systems | Unsecured | No Claim Filed |
| 30. | Rent A Center | Unsecured | No Claim Filed |
| 31. | Harvard Collection Services In | Unsecured | No Claim Filed |
| 32. | RMI/MCSI | Unsecured | No Claim Filed |
| 33. | St Bernard Hospital | Unsecured | No Claim Filed |
| 34. | Z-Tel Communications Inc | Unsecured | No Claim Filed |

$ 15,233.00        $ 15,551.34

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 3% | 25.22 |
| 5.5% | 246.66 |
| 5% | 73.55 |
| 4.8% | 131.11 |
| 5.4% | 292.33 |
| 6.5% | 95.79 |
|  | $ 864.66 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

